UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAADIA BOLDEN, on behalf of herself and all similarly situated consumers, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant. | CASE NO.: 1:19-cv-00294 <br><br> JUDGE PAMELA A. BARKER <br><br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The parties advise the Court that this matter has settled. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Saadia Bolden, and Defendant, Credit One Bank, N.A., jointly stipulate to the dismissal of this action *with prejudice* as to the named plaintiff's claims and without prejudice as to the claims, if any, of any putative class member(s). Each party shall bear her or its own attorneys' fees and costs.

Respectfully and jointly submitted,

| | |
|---|---|
| */s/ Michael L. Fine* (per telephone consent 9/5/19<br>RONALD I. FREDERICK (0063609)<br>MICHAEL L. BERLER (0086728)<br>MICHAEL L. FINE (0077131)<br>FREDERICK & BERLER LLC<br>767 East 185th Street<br>Cleveland, OH 44119<br>(216) 502-1055<br>(216) 609-0750 (Fax)<br>ronf@clevelandconsumerlaw.com<br>mikeb@clevelandconsumerlaw.com<br>michaelf@clevelandconsumerlaw.com<br><br>*Attorneys for Plaintiff*<br>*Saadia Bolden* | */s/ Alexandra R. Forkosh*<br>COLLEEN M. O'NEIL (0066576)<br>ANTHONY F. STRINGER (0071691)<br>ALEXANDRA R. FORKOSH (0095633)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, OH 44114-1607<br>(216) 622-8200 (Phone)<br>(216) 241-0816 (Fax)<br>coneil@calfee.com<br>astringer@calfee.com<br>aforkosh@calfee.com<br><br>BECCA J. WAHLQUIST (admitted *pro hac vice*)<br>SNELL & WILMER<br>350 South Grand Avenue, Suite 3100<br>Los Angeles, CA 90071<br>Tel: (213) 929-2500<br>Fax: (212) 929-2525<br>bwahlquist@swlaw.com<br><br>*Attorneys for Defendant*<br>*Credit One Bank, N.A.* |

4838-8832-5279, v.2

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2019, the foregoing, *Joint Stipulation of Dismissal*, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

>*/s/ Alexandra R. Forkosh*
>One of the Attorneys for Credit One Bank, N.A.