UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAADIA BOLDEN, on behalf of herself and all similarly situated consumers,<br><br>   Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>   Defendant. | CASE NO.: 1:19-cv-00294<br><br>JUDGE PAMELA A. BARKER<br><br><br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The parties advise the Court that this matter has settled.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Saadia Bolden, and Defendant, Credit One Bank, N.A., jointly stipulate to the dismissal of this action *with prejudice* as to the named plaintiff's claims and without prejudice as to the claims, if any, of any putative class member(s).  Each party shall bear her or its own attorneys' fees and costs.

Joint notice of Dismissal Under  41(a)(1)(A)(ii) is approved
s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE

4838-8832-5279, v.2